# COMPLAINT

**(for non-prisoner filers without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY -8 P 3: 04

CLERK OF COURT

(Full name of plaintiff(s))

DIANNE Khan

PO Box 250565

Milw. WI 53225

v.

(Full name of defendant(s))

UNITED STATES OF AMERICA

UNITED STATES Marshals Service

And John Doe

Case Number:

**26-C-0820**

(to be supplied by Clerk of Court)

---

A.   PARTIES

1.   Plaintiff is a citizen of Wisconsin and resides at
     (State)

     1414 S. 65th ST. #404, West Allis, WI 53214
     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant U.S.M.S. and John Doe
     (Name)

Case 2:26-cv-00820-NJ    Filed 05/08/26    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

U.S.M.S. Sexual Assault while patty me down. Denial request for call MPD Female officer. ALL male came to arrest me. I had on a dress my Private part was touch, breast bone. Stood over me watch me pulled up my dress & underwear down then cleansing according to Muslims

March 2, 2006 in my apartment with my son watching They never reveal why I was getting arrested. Two gun was at my head - side and back before taken into my apartment. My son was sitting in a chair with both officer on each side

I had to get permission to go to church
on Probation 5yrs.

Another U.S.M.S. officer kept touch my breast while trying
to fasten my seat belt until another officer that was sitting
in front of truck told him to stop and just fasten my seat-
belt. I was in handcuff.

My life have never been the same. Since 9/19/2014
I was told to contact U.S.M.S. to file TORT Claims and
I did but still this cold-case is not settle yet, but I was
given instruction to bring back to this court with proof.

C.     JURISDICTION    NOT SURE

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331.

            OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I contact U.S.M.S. for proper forms to file Claim for Damage Injury or Death SF-95 but they never send to me until time-barred.

See ALL Documents Attach to Application

TOTAL 16 pages.

I first requested Six-millions then I last request four-millions

## E. JURY DEMAND

I want a jury to hear my case.

☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___8___ day of ___May___ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

_(414) 690-7461_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_PO Box 250565, Milw. WI 53225_

_1414 S. 65th ST., # 404 West Allis, WI 53214_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.